DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WALTER HOLLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3935

[March 4, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 03-003715CF10A.

Walter Holley, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

Affirmed, but remanded for correction of a scrivener's error regarding the sentence on Count II, which incorrectly states the year as 2003 instead of 2004.

WARNER, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***